# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY BYRON FORD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO.   1:10-cv-696-AWI-MJS (PC)<br><br>ORDER DENYING REQUEST FOR COURT TO SCREEN PLAINTIFF'S COMPLAINT<br><br>AND<br><br>GRANTING EXTENSION OF TIME TO FILE RESPONSIVE PLEADING<br><br>(ECF No. 8) |

　　　　Plaintiff Ray Bryon Ford ("Plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Defendants removed the case to this Court on April 20, 2010.  Before the Court is Defendants' "Request for the Court to Screen Plaintiff's Complaint Under 28 U.S.C. § 1915(A)(a) [sic]." (ECF No. 8.)

　　　　28 U.S.C. § 1915A(a) states: "The court shall review . . . a complaint in a civil action in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity."  The plain language of this provision makes it clear that the Court is obliged to screen the complaint regardless of whether a governmental entity, officer, or employer requests that it do so.  The Court assumes that Defendants are aware of the self-executing nature of § 1915A(a) and, therefore, construes the instant motion as a request for immediate screening of the Plaintiff's Complaint.

　　　　Currently, this Court has a large number of prisoner civil rights cases pending before

1  it. Plaintiff's complaint is in line to be screened by the Court, and the Court will not move
2  Plaintiff's Complaint to the front of the line.
3        Defendants also ask the Court to allow them to delay filing a responsive pleading
4  until thirty days after the Court issues its screening order.[1]  The Court GRANTS this
5  request. Defendants' deadline to file a responsive pleading is extended until thirty days
6  after the Court issues an order finding that Plaintiff has stated a cognizable claim.

9  IT IS SO ORDERED.
10 Dated:    October 30, 2010            /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE

---

[1]