IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY BYRON FORD,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>A. HEDGPETH, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:10-cv-00696-AWI-GSA-PC<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS OF FEBRUARY 22, 2012<br>(Doc. 12.) |

　　　　Plaintiff is a former state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On February 22, 2012, the undersigned issued findings and recommendations to dismiss this action for failure to state a claim, based on Plaintiff's failure to respond to the Court's order to show cause issued on January 4, 2012. (Doc. 12.) On March 14, 2012, Plaintiff filed objections to the findings and recommendations in which he responded to the Court's order to show cause. (Doc. 13.) In light of Plaintiff's objections and response to the order to show cause, the Court shall vacate the findings and recommendations.

　　　　Accordingly, IT IS HEREBY ORDERED that the findings and recommendations of February 22, 2012 are VACATED.

　　IT IS SO ORDERED.

　　Dated:　May 21, 2012　　　　　　　　/s/ Gary S. Austin
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE